# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAWRENCE HART, CLYDE STEVEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,<br><br>Defendants. | No. C17-01932 RSM<br><br>STIPULATION AND ORDER CORRECTING THE CAPTION AND EXTENDING ARCIS DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

Plaintiffs and Defendants CF Arcis VII LLC, CF Arcis X Holdings, LLC, Arcis Equity Partners, LLC, and Blake Walker (the "Arcis Defendants"), by and through their counsel, stipulate and agree as follows:

1. On December 8, 2017, Plaintiffs filed their class action complaint in King County Superior Court. The caption listed Plaintiffs as Lawrence Hart, Clyde Steven Lewis, James Presti, and Michael Ralls.

2. Plaintiff Lewis' name was incorrectly spelled. Mr. Lewis' name should have been listed as "Clyde Stephen Lewis." The caption should be amended as follows:

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (C17-01932-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| | LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br>   v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC at Snoqualmie Ridge, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, CF ARCIS X HOLDINGS, LLC d/b/a ARCIS GOLF, ARCIS EQUITY PARTNERS, LLC, BLAKE S. WALKER, individually and on behalf of the marital community of BLAKE S. WALKER and JANE DOE WALKER, and BRIGHTSTAR GOLF SNOQUALMIE, LLC,<br><br>                 Defendants. |

     3.      On December 28, 2017, the Arcis Defendants removed this case under 28 U.S.C. §§ 1332, 1441, 1446, and 1453, from the King County Superior Court to this Court. Dkt. 1.

     4.      Under Fed. R. Civ. P. 81(c)(2)(C), the Arcis Defendants' deadline to respond to the complaint is January 4, 2018.

     5.      The Arcis Defendants need additional time to investigate and respond to the allegations in the complaint, particularly given the intervening holidays. As a result, Plaintiffs and the Arcis Defendants stipulate and agree to extend the Arcis Defendants' deadline to respond to the complaint by 15 days, from January 4, 2018, to January 19, 2018.

     6.      These requests will not affect any case deadlines, as the Court has not yet issued a case schedule.

IT IS SO STIPULATED.

DATED this 3rd day of January, 2018.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (C17-01932-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Davis Wright Tremaine LLP
Attorneys for CF Arcis VII LLC, CF Arcis X
Holdings LLC, Arcis Equity Partners LLC,
and Blake S. Walker

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Rebecca J. Francis, WSBA #41196
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: steverummage@dwt.com
          rebeccafrancis@dwt.com

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
   Adrienne D. McEntee, WSBA #34061
   Beth E. Terrell, WSBA #26759
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Fax: (206) 319-5450
   E-mail: bterrell@terrellmarshall.com
          amcentee@terrellmarshall.com

## **ORDER**

Based on the foregoing Stipulation, the Court ORDERS that the caption shall be amended to reflect the correct spelling of Plaintiff Clyde Stephen Lewis, and the deadline for the Arcis Defendants to respond to the complaint is extended from January 4, 2018, to January 19, 2018.

DATED this 5th day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT (C17-01932-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Rebecca J. Francis, WSBA #41196
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
    rebeccafrancis@dwt.com

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT (C17-01932-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax