The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,<br><br>Defendants. | No. C17-01932 RSM<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT CF ARCIS X HOLDINGS, LLC AND ADDING DEFENDANT CF ARCIS IV HOLDINGS LLC |

Plaintiffs and Defendants CF Arcis VII LLC, CF Arcis X Holdings, LLC, Arcis Equity Partners, LLC, and Blake Walker (the "Arcis Defendants"), by and through their counsel, stipulate and agree as follows:

1. On December 8, 2017, Plaintiffs filed their class action complaint in King County Superior Court. The caption listed the Arcis Defendants as CF Arcis VII LLC; CF Arcis X Holdings, LLC; Arcis Equity Partners, LLC; and Blake Walker.

2. The Arcis Defendants first appeared in this Court on December 28, 2017, when they timely removed this case to this Court. Defendant Brightstar Golf Snoqualmie LLC has not appeared in this case.

3. Plaintiffs seek to voluntarily dismiss CF Arcis X Holdings, LLC, under Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATION AND ORDER DISMISSING CF ARCIS X AND
ADDING DEFENDANT CF ARCIS IV (C17-01932-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4. Plaintiffs seek to add CF Arcis IV Holdings, LLC, as a named defendant.

5. Plaintiffs and the Arcis Defendants therefore agree to request that the Court amend the case caption to read as follows:

LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,

              Plaintiffs,

    v.

CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, CF ARCIS IV HOLDINGS, LLC, ARCIS EQUITY PARTNERS, LLC, BLAKE S. WALKER, individually and on behalf of the marital community of BLAKE S. WALKER and JANE DOE WALKER, and BRIGHTSTAR GOLF SNOQUALMIE, LLC,

              Defendants.

6. Plaintiffs and the Arcis Defendants agree that once the Court enters this Order, Plaintiffs will file an amended complaint to conform the pleadings to the amended case caption. Plaintiffs and the Arcis Defendants further agree the Arcis Defendants will not need to re-file their forthcoming Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) upon Plaintiffs' filing of the amended complaint.

IT IS SO STIPULATED.

DATED this 19th day of January, 2018.

              Davis Wright Tremaine LLP
              Attorneys for the Arcis Defendants

              By *s/ Stephen M. Rummage*
                  Stephen M. Rummage, WSBA #11168
                  Rebecca J. Francis, WSBA #41196
                  1201 Third Avenue, Suite 2200
                  Seattle, Washington 98101-3045
                  Phone: (206) 622-3150; Fax: (206) 757-7700
                  E-mail: steverummage@dwt.com
                  E-mail: rebeccafrancis@dwt.com

STIPULATION AND ORDER DISMISSING CF ARCIS X AND ADDING DEFENDANT CF ARCIS IV (C17-01932-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
    Adrienne D. McEntee, WSBA #34061
    Beth E. Terrell, WSBA #26759
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Fax: (206) 319-5450
    E-mail: bterrell@terrellmarshall.com
    E-mail: amcentee@terrellmarshall.com

## ORDER

Based on the foregoing Stipulation, the Court ORDERS that Defendant CF Arcis X Holdings, LLC d/b/a Arcis Golf is dismissed from this case under Fed. R. Civ. P. 41(a)(1)(A)(ii), and CF Arcis IV Holdings, LLC, is added as a Defendant; Plaintiffs will amend their Complaint to conform to the case caption; and the Arcis Defendants do not need to re-file their forthcoming Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6).

DATED this 22 day of January 2018.

    RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys the Arcis Defendants

By *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Rebecca J. Francis, WSBA #41196
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
    E-mail: rebeccafrancis@dwt.com

STIPULATION AND ORDER DISMISSING CF ARCIS X AND
ADDING DEFENDANT CF ARCIS IV (C17-01932-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax