The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,<br><br>Defendants. | No. C17-01932-RSM<br><br>STIPULATION AND ORDER EXTENDING NOTING DATE AND BRIEFING SCHEDULE ON MOTION TO DISMISS [DKT. 10] |

Plaintiffs and Defendants CF Arcis VII LLC, CF Arcis IV Holdings, LLC, Arcis Equity Partners, LLC, and Blake Walker (the "Arcis Defendants"), by and through their counsel, stipulate and agree as follows:

1. On January 19, 2018, the Arcis Defendants filed their Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). Dkt. 10. The Arcis Defendants noted the motion for consideration on Friday, February 16, 2018. Dkt. 10; LCR 7(d)(3).

2. Under LCR 7(d)(3), Plaintiffs' response is due Monday, February 12, 2018, and the Arcis Defendants' reply is due Friday, February 16, 2018. LCR 7(d)(3).

3. Subject to the Court's approval, the parties have agreed to adjust the briefing

STIPULATION & ORDER RE BRIEFING SCHEDULE &
NOTING DATE ON MOT. TO DISMISS (C17-01932-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

schedule and noting date to allow additional time to respond to the pending motion and to accommodate previously committed travel schedules of counsel for all parties. For the same reasons, the parties have also agreed to ask the Court to defer initial case deadlines by 45 days. In agreeing to extend these deadlines, the parties do not intend to limit Plaintiffs' right to amend pursuant to Fed. R. Civ. P. 15(a)(1)(B).

4. The parties therefore ask that the Court adjust the case schedule and briefing deadlines and noting date as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Noting date for Motion to Dismiss | Friday, February 16, 2018 | Friday, April 13, 2018 |
| Plaintiffs' Response to the Motion to Dismiss or Plaintiffs' Second Amended Complaint | Monday, February 12, 2018 | Monday, March 26, 2018 |
| Arcis Defendants' Reply in Support of the Motion to Dismiss (if no amendment) | Friday, February 16, 2018 | Friday, April 13, 2018 |
| Rule 26(f) Conference | Thursday, February 1, 2018 | Monday, March 19, 2018 |
| Initial Disclosures under Rule 26(a)(1) | Thursday, February 8, 2018 | Monday, March 26, 2018 |
| Combined Joint Status Report and Discovery Plan under Rule 26(f) and LCR 26(f) | Thursday, February 15, 2018 | Monday, April 5, 2018 |

IT IS SO STIPULATED.

DATED this 2nd day of February, 2018.

Davis Wright Tremaine LLP
Attorneys for the Arcis Defendants

By *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Rebecca J. Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 622-3150; Fax: (206) 757-7700
E-mail: steverummage@dwt.com
E-mail: rebeccafrancis@dwt.com

STIPULATION & ORDER RE BRIEFING SCHEDULE &
NOTING DATE ON MOT. TO DISMISS (C17-01932-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
    Adrienne D. McEntee, WSBA #34061
    Beth E. Terrell, WSBA #26759
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Fax: (206) 319-5450
    E-mail: bterrell@terrellmarshall.com
    E-mail: amcentee@terrellmarshall.com

## **ORDER**

Based on the foregoing Stipulation, the Court ORDERS that the noting date on the Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), the briefing schedule on the Motion and/or the deadline for filing a Second Amended Complaint, and the case deadlines shall be adjusted as stated above.

DATED this 5 day of February 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for the Arcis Defendants

By *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Rebecca J. Francis, WSBA #41196
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: steverummage@dwt.com
    E-mail: rebeccafrancis@dwt.com

STIPULATION & ORDER RE BRIEFING SCHEDULE &
NOTING DATE ON MOT. TO DISMISS (C17-01932-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax