The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,

Plaintiff,

v.

CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,

Defendants.

No. C17-01932-RSM

STIPULATION AND ORDER EXTENDING CASE DEADLINES

Plaintiffs and Defendants CF Arcis VII LLC, CF Arcis IV Holdings, LLC, Arcis Equity Partners, LLC, and Blake Walker (the "Arcis Defendants"), by and through their counsel, stipulate and agree as follows:

1. On February 5, 2018, the Court, upon the parties' stipulation, entered an Order various deadlines on Defendants' pending Motion to Dismiss, the Rule 26(f) conference, Initial Disclosures, and the Joint Status Report, as well as a deadline for Plaintiffs to file any amended complaint. Dkt. 15.

2. Since then, the parties have focused on informal resolution discussions. Those discussions continue, and the parties expect they will know whether such discussions will be successful by April 9, 2018. If resolution discussions fail to succeed, Plaintiffs intend to amend

STIPULATION & ORDER RE EXTENDING CASE DEADLINES
(C17-01932-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

their complaint, rendering the pending Motion to Dismiss and noting date moot. As a result, the parties stipulate and agree to ask the Court to strike the noting date for the pending Motion to Dismiss, and to extend the remaining deadlines in the Order as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Second Amended Complaint | Monday, March 26, 2018 | Monday, April 9, 2018 |
| Rule 26(f) Conference | Monday, March 19, 2018 | Monday, April 16, 2018 |
| Initial Disclosures under Rule 26(a)(1) | Monday, March 26, 2018 | Monday, April 23, 2018 |
| Combined Joint Status Report and Discovery Plan under Rule 26(f) and LCR 26(f) | Thursday, April 5, 2018 | Monday, April 23, 2018 |
| Defendants' Response to the Second Amended Complaint | N/A | Thursday, May 10, 2018 |

3. If Defendants respond to the Second Amended Complaint with a Rule 12 motion, the parties agree to propose a briefing schedule and noting date on the motion.

IT IS SO STIPULATED.

DATED this 26th day of March, 2018.

    Davis Wright Tremaine LLP
    Attorneys for the Arcis Defendants

    By *s/ Stephen M. Rummage*
        Stephen M. Rummage, WSBA #11168
        Rebecca J. Francis, WSBA #41196
        1201 Third Avenue, Suite 2200
        Seattle, Washington 98101-3045
        Phone: (206) 622-3150; Fax: (206) 757-7700
        E-mail: steverummage@dwt.com
        E-mail: rebeccafrancis@dwt.com

STIPULATION & ORDER RE EXTENDING CASE DEADLINES
(C17-01932-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
   Adrienne D. McEntee, WSBA #34061
   Beth E. Terrell, WSBA #26759
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Fax: (206) 319-5450
   E-mail: bterrell@terrellmarshall.com
   E-mail: amcentee@terrellmarshall.com

## ORDER

Based on the foregoing Stipulation, the Court ORDERS that the case deadlines shall be adjusted as stated above.

DATED this 27 day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for the Arcis Defendants

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Rebecca J. Francis, WSBA #41196
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   E-mail: steverummage@dwt.com
   E-mail: rebeccafrancis@dwt.com

STIPULATION & ORDER RE EXTENDING CASE DEADLINES
(C17-01932-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax