UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,<br><br>Defendants. | No. C17-01932-RSM<br><br>**STIPULATION AND ORDER EXTENDING MOTION DEADLINES** |

Plaintiffs and Defendants CF Arcis VII LLC, CF Arcis IV Holdings, LLC, Arcis Equity Partners, LLC, and Blake Walker (the "Arcis Defendants"), by and through their counsel, stipulate and agree as follows:

1. On February 5, 2018, the Court, upon the parties' stipulation, entered an order extending various deadlines on the Arcis Defendants' then-pending Motion to Dismiss, the Rule 26(f) conference, Initial Disclosures, and the Joint Status Report, as well as a deadline for Plaintiffs to file any amended complaint. Dkt. 15.

2. On March 27, 2018, the Court, upon the parties' stipulation and representation that they were focused on informal resolution discussions, entered a second order extending deadlines regarding the filing of a Second Amended Complaint, the Rule 26(f) conference, Initial Disclosures, and the Joint Status Report, as well as a deadline for the Arcis Defendants'

STIPULATION & ORDER RE EXTENDING CASE DEADLINES
(C17-01932-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Response to the Second Amended Complaint. Dkt. 17. The informal resolution discussions did not result in settlement.

3. Since then, Plaintiffs filed a Second Amended Complaint [Dkt. 18], and the parties held their Rule 26(f) conference, exchanged Initial Disclosures, and filed a Joint Status Report [Dkt. 19]. Additionally, the Arcis Defendants filed a renewed Motion to Dismiss [Dkt. 20].

4. Since then, the parties have renewed informal resolution discussions. These discussions are ongoing, and the parties require additional time to consider whether they will be able to resolve this dispute. As a result, the parties stipulate and agree to ask the Court to strike the noting date for the pending Motion to Dismiss, and to extend remaining deadlines as follows:

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Plaintiffs' Response to Motion to Dismiss | Monday, June 4, 2018 | Friday, June 29, 2018 |
| Defendants' Reply in Support of Motion to Dismiss | Friday, June 8, 2018 | Thursday, July 12, 2018 |
| Noting Date of Motion to Dismiss | Friday, June 8, 2018 | Friday, July 13, 2018 |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED this 31st day of May, 2018. |

Davis Wright Tremaine LLP
Attorneys for the Arcis Defendants

By *s/ Rebecca J. Francis*
   Stephen M. Rummage, WSBA #11168
   Rebecca J. Francis, WSBA #41196
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Phone: (206) 622-3150; Fax: (206) 757-7700
   E-mail: steverummage@dwt.com
   E-mail: rebeccafrancis@dwt.com

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
   Beth E. Terrell, WSBA #26759
   Adrienne D. McEntee, WSBA #34061
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Fax: (206) 319-5450
   E-mail: bterrell@terrellmarshall.com
   E-mail: amcentee@terrellmarshall.com

## **ORDER**

Based on the foregoing Stipulation, the Court ORDERS that the case deadlines shall be adjusted as stated above.

DATED this 1st day of <u>June</u>, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER RE EXTENDING CASE DEADLINES
(C17-01932-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax