UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE HART, *et al.*, | ) |
| | ) CASE NO. C17-1932 RSM |
| Plaintiffs, | ) |
| | ) MINUTE ORDER DISMISSING |
| v. | ) DEFENDANT WALKER |
| | ) |
| CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE d/b/a TPC AT SNOQUALMIE RIDGE and d/b/a SNOQUALMIE RIDGE GOLF CLUB, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 2, 2018, this Court granted in part and denied in part Defendants' Motion to Dismiss. Dkt. #26. The Court also granted Plaintiffs leave to amend the breach of contract/piercing the corporate veil claim against Mr. Walker only. *Id.* The Court directed that any amended complaint must be filed no later than 20 days from the date of the Court's Order, and that if no amended complaint was filed, Plaintiff's breach of contract claim against Mr. Walker would be dismissed with prejudice, and Mr. Walker would be dismissed as a Defendant in this case. *Id.*

ORDER
PAGE - 1

More than 20 days have passed since the Court issued its Order, and no amended complaint has been filed. Accordingly, Plaintiff's breach of contract claim against Mr. Walker is DISMISSED with prejudice, and Mr. Walker is DISMISSED as a Defendant in this case

DATED this 29th day of August 2018.

                                      WILLIAM McCOOL, Clerk

                                      By:    /s/ Paula McNabb
                                                      Deputy Clerk