U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE HART, CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, CF ARCIS IV HOLDINGS, LLC, ARCIS EQUITY PARTNERS, LLC, BLAKE S. WALKER, individually and on behalf of the marital community of BLAKE S. WALKER and JANE DOE WALKER, and BRIGHTSTAR GOLF SNOQUALMIE, LLC,<br><br>Defendants. | NO. C17-1932 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF PLAINTIFF LAWRENCE HART** |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate to the voluntary dismissal of the individual claims of Plaintiff Lawrence Hart without prejudice and without an award of attorneys' fees or costs to any party.

Once his claims are dismissed, Mr. Hart will no longer be a named Plaintiff or proposed class representative in this matter. The dismissal will not, however, disqualify Mr. Hart from being a class member, should the Court exercise its discretion to certify a class.

IT IS SO STIPULATED.

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF CLAIMS OF PLAINTIFF LAWRENCE HART - 1
CASE NO. 2:17-CV-01932-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 14th day of March, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Adrienne D. McEntee<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Stephen M Rummage<br>Stephen M. Rummage, WSBA #11168<br>Email: steverummage@dwt.com<br>Rebecca J. Francis, WSBA #41196<br>Email: rebeccafrancis@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle Washington 98104-1610<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700 |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Arcis Defendants* |

## II. ORDER

The individual claims of Plaintiff Lawrence Hart in this action are dismissed without prejudice and without an award of attorneys' fees or costs to any party. Mr. Hart is no longer a named Plaintiff or proposed class representative in this matter, but the dismissal does not disqualify him from being a class member, should the Court exercise its discretion to certify a class.

DATED this 14th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF CLAIMS OF PLAINTIFF LAWRENCE HART - 2
CASE NO. 2:17-CV-01932-RSM

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com