UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE STEPHEN LEWIS, JAMES PRESTI, and MICHAEL RALLS, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CF ARCIS VII LLC d/b/a THE CLUB AT SNOQUALMIE RIDGE, d/b/a TPC AT SNOQUALMIE RIDGE, and d/b/a SNOQUALMIE RIDGE GOLF CLUB, et al.,<br><br>Defendants. | No. C17-1932 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES** |

Plaintiffs Clyde Stephen Lewis, James Presti, and Michael Ralls ("Plaintiffs") and Defendants CF Arcis VII LLC, CF Arcis IV Holdings, LLC, and Arcis Equity Partners, LLC (the "Arcis Defendants"), by and through their counsel, jointly move to extend case deadlines. In support of their motion, the parties assert the following:

1. On August 2, 2018, the Court granted in part and denied in part the Arcis Defendants' Motion to Dismiss. Dkt. 26.

2. On October 23, 2018, the Court entered a Rule 16(b) and Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion, establishing March 15, 2019 as the deadline to complete discovery on class certification, and April 18, 2019 as the deadline for Plaintiffs to file their motion for class certification ("Initial Scheduling Dates"). Dkt. 28.

3. In the months that followed, the parties have actively explored the possibility that this matter may be amenable to resolution without further litigation. In the course of those

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES
Case No. 2:17-cv-01932-RSM - 1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

discussions, the parties exchanged certain discovery informally. Because of the number of parties involved, discussions took longer than anticipated.

4. Recently, the parties' discussions have shifted toward mediation. The parties are scheduled to attend mediation with Jim Smith of Smith & Hennessey PLLC on May 8th.

5. LCR 16(b)(4) governs the modification of scheduling orders, and provides that the dates and schedule specified in the Court's scheduling order may be modified for good cause and with the Court's consent.

6. The parties believe their respective resources are best directed toward discussing an agreed resolution of the case, which may obviate the need for formal discovery and motions practice. Should mediation fail, the parties are prepared to efficiently conduct and complete discovery. However, they would like to exhaust the possibility of resolving the case without further litigation before they do so.

7. The Court previously found that the parties had established good cause to extend the Initial Scheduling Dates by three months. The parties submit that good cause exists to extend the Initial Scheduling Dates by an additional three months so that the parties have sufficient time to complete their discussions.

8. For these reasons, the parties respectfully request that the Court modify the case deadlines, as follows:

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Deadline to complete discovery on class certification | Friday, June 14, 2019 | Friday, September 13, 2019 |
| Deadline for Plaintiffs to file their motion for class certification | Thursday, July 18, 2019 | Thursday, October 17, 2019 |

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES
Case No. 2:17-cv-01932-RSM - 2

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED and DATED this 16th day of January, 2019.

Terrell Marshall Law Group PLLC
Attorneys for Plaintiffs

By *s/ Adrienne D. McEntee*
   Adrienne D. McEntee, WSBA #34061
   Beth E. Terrell, WSBA #26759
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Fax: (206) 319-5450
   E-mail: bterrell@terrellmarshall.com
   E-mail: amcentee@terrellmarshall.com

Davis Wright Tremaine LLP
Attorneys for the Arcis Defendants

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Rebecca J. Francis, WSBA #41196
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104-1610
   Phone: (206) 757-8136; Fax: (206) 757-7700
   E-mail: steverummage@dwt.com
   E-mail: rebeccafrancis@dwt.com

**ORDER**

IT IS SO ORDERED this 19th day of April 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES
Case No. 2:17-cv-01932-RSM - 3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com